UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:24-CR-9-REW-HAI-3 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DAVAUGHN ELLIS WEST, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

After conducting Rule 11 proceedings, *see* DE 67 (Minute Entry), United States Magistrate Judge Hanly A. Ingram recommended that the undersigned accept Defendant Davaughn Ellis West's guilty plea and adjudge him guilty of Count Four of the Indictment. *See* DE 1 (Indictment); 64 (Plea Agreement); 68 at 2 (Recommendation of Acceptance of Guilty Plea). Judge Ingram expressly informed West of his right to object to the recommendation and secure *de novo* review from the undersigned. *See* DE 68 at 2-3. The established, three-day objection deadline has passed, and no party has objected.

The Court is not required to "review . . . a magistrate [judge]'s factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985); *see also Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (noting that the Sixth Circuit has "long held that, when a defendant does 'not raise an argument in his objections to the magistrate [judge]'s report and recommendation . . . he has forfeited his right to raise this issue on appeal.'" (quoting *Kensu v. Haigh*, 87 F.3d 172, 176 (6th Cir. 1996) (quote brackets simplified))); *United States v. Olano*, 133 S. Ct. 1770, 1777 (1993) (distinguishing waiver

1

and forfeiture); FED. R. CRIM. P. 59(b)(2)-(3) (limiting *de novo* review duty to "any objection" filed); 28 U.S.C. § 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made").

The Court, with no objection from any party and on full review of the record, **ORDERS** as follows:

1. The Court **ADOPTS** DE 68, **ACCEPTS** West's guilty plea, and **ADJUDGES** West guilty of Count Four of the Indictment.

2. The Court will issue a separate sentencing order.[1]

This the 22nd day of July, 2024.

Signed By:
Robert E. Wier
United States District Judge

---

[1] Judge Ingram detained West after the plea hearing. *See* DE 67. This was West's status entering the hearing. *See* DE 38. Absent an intervening order, West will remain in custody pending sentencing.